UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN SWITEK,<br>　　　　　　　　Plaintiff,<br>v.<br><br>MIDLAND COUNTY and<br>CHIPPEWA COUNTY,<br>　　　　　　　　Defendants.<br>_____/ | Case No.: 21-12184<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER REGARDING PLAINTIFF'S EVIDENCE

Plaintiff Benjamin Switek filed this lawsuit without the assistance of counsel on September 7, 2021. (ECF No. 1). This case was referred to the undersigned for all pretrial matters on April 18, 2022. (ECF No. 38). Since that referral, Plaintiff has submitted exhibits or evidence and most recently requested to add nine pages of evidence to the docket. (ECF Nos. 41, 43, 48, 49).

Eastern District of Michigan Local Rule 26.2 prohibits filing discovery material unless (1) it provides factual support for a motion or response, (2) it is read or used during a trial or other proceeding, (3) the Court ordered it be filed, or (4) it is needed for an appeal. None of these exceptions apply here. As a result, the evidence Plaintiff has filed in ECF Nos. 41, 43, 48, and 49 is improper and will be **STRICKEN**. Any further submissions of evidence will be summarily stricken unless the submission falls into one of the exceptions in Local Rule 26.2.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).  A party may not assign as error any defect in this Order to which timely objection was not made.  Fed. R. Civ. P. 72(a).  Any objections are required to specify the part of the Order to which the party objects and state the basis of the objection.  When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in effect unless it is stayed by the magistrate judge or a district judge.  E.D. Mich. Local Rule 72.2.


Date: September 14, 2022                s/Curtis Ivy, Jr.
                                        Curtis Ivy, Jr.
                                        United States Magistrate Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on September 14, 2022.


                                        s/Kristen MacKay
                                        Case Manager
                                        (810) 341-7850