UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| BENJAMIN ALLEN SWITEK,<br>　　　　　　　　　Plaintiff,<br>v.<br><br>MIDLAND COUNTY and<br>CHIPPEWA COUNTY,<br>　　　　　　　　　Defendants.<br>_____/ | Case No.: 21-12184<br><br>Matthew F. Leitman<br>United States District Judge<br><br>Curtis Ivy, Jr.<br>United States Magistrate Judge |

## ORDER REGARDING PLAINTIFF'S LETTER (ECF No. 51)

Plaintiff filed a letter on September 15, 2022, complaining about the actions of unspecified Midland and Chippewa County employees. (ECF No. 51). At the end of the letter, he asks for a copy of the docket and to be told how "the process is going." (*Id.*).

The requests made in the letter are **DENIED**. First, as explained in the Court's Order filed September 14, 2022, evidence cannot be filed on the docket unless it is filed in support of a motion, trial, or appeal, so complaints about others' actions are not properly before the Court in this document. (ECF No. 50). Second, the Court does not rule on requests or letters. It rules on motions filed in accordance with the Federal Rules of Civil Procedure and with Eastern District of Michigan Local Rules 5.1 and 7.3. For example, Fed. R. Civ. P. 7 requires that any request for a court order be made by motion and Local Rule 5.1 requires

motions to include the title and number of the case and the name or nature of the motion. Rule 7.1 requires that motions contain a brief. The brief should clearly explain the relief sought and the reasons why the Court should grant that relief. Though Plaintiff is representing himself, he is nevertheless expected to know and adhere to the rules governing litigation in this court. *West v. Saginaw Twp. Police Dep't.*, 2014 WL 3599495, at *2 (E.D. Mich. July 22, 2014) (a pro se plaintiff is "not excused from failing to follow the Federal Rules of Civil Procedure"); *Fields v. Cnty. of Lapeer*, 2000 WL 1720727 (6th Cir. 2000) ("It is incumbent on litigants, even those proceeding pro se, to follow . . . rules of procedure."). Future requests or letters will not be addressed.

**IT IS SO ORDERED**.

The parties here may object to and seek review of this Order, but are required to file any objections within 14 days of service as provided for in Federal Rule of Civil Procedure 72(a) and Local Rule 72.1(d).


Date: September 19, 2022        s/Curtis Ivy, Jr.
                                Curtis Ivy, Jr.
                                United States Magistrate Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System or by First Class U.S. mail on September 19, 2022.

                                                       s/Kristen MacKay
                                                       Case Manager
                                                       (810) 341-7850