UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Benjamin Allen Switek, PRO SE,

    Plaintiff,

v.

MIDLAND COUNTY, et al,

    Defendants.

Case No.: 21-12184

Hon. Matthew F. Leitman

Mag. Judge Curtis Ivy, Jr.

FILED NOV 28 2022 CLERK'S OFFICE DETROIT

---

| | |
|---|---|
| BENJAMIN ALLEN SWITEK<br>PRO SE, PLAINTIFF<br>CHIPPEWA CORRECTIONAL FACILITY<br>4269 West M-80<br>Kincheloe, Mich., 49784 | TIMOTHY S. FERRAND (P39583)<br>Cummings, McClorey, Davis & Acho, PLC.<br>Attorney for Defendants<br>19176 Hall Road, Suit 220<br>Clinton Township, Mich., 48038<br>(586) 228-5600<br>tferrand@cmda-law.com |

---

### PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' TO PROVIDE ALL ANSWERS TO THEIR FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

PRO SE Plaintiff, Benjamin Allen Switek, by and through his vested Constitutional rights of these United States, states as follows for his Motion to Compel All Answers to their First Interrogatories and Requests for Production of Documents.

Plaintiff rely's on the law and facts in the attached brief in support of this motion.

Currence in this motion has been sought because the movant is an incarcerated prisoner proceeding pro se.

WHEREFORE, for all these reasons and for those in the attached brief, Plaintiff respectfully request this Honorable

(PG: 1 OF 12)

POOR QUALITY ORIGINALS

Court enter an Order requiring Defendants to provide all answers to their First Interrogatories and Requests for production of Documents, ALL of them they have recieved.

Respectfully Submitted,
Benjamin A. Switek, PRO SE,
(without Prejudice V.C.C. 1-308/1-207)

BY: BENJAMIN A. SWITEK
Benjamin A. Switek
4269 West M-80
Kincheloe, Mich., 49784

Dated: November 18, 2022

"ALL RIGHTS RESERVED WITHOUT PREJUDICE"

(PG: 2 of 12)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Benjamin Allen Switek, PRO SE,
　　　　　Plaintiff,

V.

MIDLAND COUNTY, et al,
　　　　　Defendants.

Case No.: 21-12184
Hon. Matthew F. Leitman
Mag. Judge Curtis Ivy, Jr.

---

BENJAMIN ALLEN SWITEK
PRO SE PLAINTIFF
CHIPPEWA CORRECTIONAL FACILITY
4269 West M-80
Kincheloe, MICH., 49784

TIMOTHY S. FERRAND (P39583)
Cummings, Mc.Clorey, Davis & Acho, PLC
Attorney For Defendants
19176 Hall Road, Suite 220
Clinton Township, MICH., 48038
(586) 228-5600
tferrand@cmda-law.com

---

BRIEF REGARDING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PROVIDE ALL ANSWERS TO THEIR FIRST INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS

## STATEMENT OF RELEVANT FACTS

PRO SE Plaintiff Benjamin Allen Switek filed a lawsuit against Midland County, Isabella County, Chippewa County, and the Michigan Parole Board. Due to violations of the Fifth, Sixth, Eighth, Ninth, Tenth, and Fourteenth Amendments to the United States Constitution. Mr. Switek asserts that he suffers with violated liberty interests. While incarcerated, the jail "kept/destroyed" a civil action that he tried to file and destroyed his mail, and asserts violations of the "COVID-19 Pandemic/Delta Variant". Finally, Mr. Switek asserts violations of his Affidavit Reservation of Rights U.C.C. 1-308 (formally 1-207).

Defendants served Plaintiff with interrogatories and requests for production of documents, and Defendants recieved responses, the responses are adequate. (Ex. A, B, C, proof of evidence). Plaintiff had placed documents "in [his] civil docket" and/or already answered the questions three time's. Defendants say they have recieved no previous responses to this Discovery requests from Plaintiff. Plaintiff objects, furthermore Defendants' appear to be mistaken as to how discovery works under the Federal Rules of Civil Procedure. It is not incumbent upon Plaintiff to fill out numerous documents because Defendants' don't agree to the outcome of their discovery requests. Plaintiff provided the documents and information three time's, twice directly to Defendants to there attorney's address, and once to the Courts, through the U.S. Postal Service.

(PG: 4 of 12)

## LAW AND ARGUMENT

Parties may obtain discovery regarding any non privileged matter that is relevant to any parties claim or defense and proportional to the needs of the case, considering the importance of the issues at stake in the action, the amount in controversy, the parties' relative access to relevant information, the parties' resources, the importance of the discovery in resolving the issues, and whether the burden or expense of the proposed discovery out weighs its likely benefit.

Parties are entitled to propound interrogatories and requests for production of documents in Discovery pursuant to Fed. R. Civ. P., the propounding party is not entitled to move to compel responses to these discovery requests if the responding party answered interrogatorry submitted or produced documents as requested under Fed. R. Civ. P.. Why have the Defendants' failed to send there discovery materials. when plaintiff requested any and all information.

Plaintiff answered every request, he had already sent the information to the Defendants', or objected to it. Plaintiff has sent proof to the Courts of (EXPEDITED LEGAL MAIL- RECIEPTS) showing he has done what was required.

Plaintiff is entitled to know what Defendants' have done, what injuries and damages they have caused, and what evidence they have. Plaintiff would like the Defendants' to stop harrasing with these frivolous requests.

(PG: 5 OF 12)

Contary to Defendants' responses, Plaintiff has respectfully sent information or documents responsive to those discovery requests. Plaintiff has no idea what Defendants' are referring to when they claim to not have recieved information in response to Requests to Produce Interrogatory Questions. Nor has Plaintiff recieved any of the information and documents he requested in response to Discovery purposes.

As for the information Defendants' have in response to Requests for Production, Plaintiff can only surmise that defendants have some responsive information and/or documents within the hundreds of pages of intelligible writings he has properly sent. Plaintiff provided the documents and information directly to Defendants' through United States Postal Service.

## RELIEF REQUESTED

WHEREFORE, for all these reasons, Plaintiff respectfully requests this Honorable Court enter an Order requiring the Defendants' to provide All answers to their First Interrogatories and Requests for Production of Documents. To Order Defendants to send any and all Discovery materials to plaintiff. To pay any court costs, and attorney fee's in the filing of this motion.

Respectfully Submitted,

Benjamin A. Switek, PRO SE,
(without Prejudice U.C.C. 1-308/1-207)

BY: BENJAMIN A. SWITEK
Benjamin A. Switek
4269 West M-80
Kincheloe, Mich., 49784

Dated: November 18, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2022, I filed the foregoing paper with the Clerk of the Court using the U.S. Mail which will send notification of such filing to the attorneys of record, and I hereby certify that I have mailed by United States Postal Service the paper to the following participants: Timothy S. Ferrand (P39583), 19176 Hall Road, Suit 220, Clinton Township, Mich., 48038.

PRO SE PLAINTIFF

BY: BENJAMIN A. SWITEK

"ALL RIGHTS RESERVED WITHOUT PREJUDICE"

(PG: 7 OF 12)

## PROOF OF SERVICE

On the date below, I delivered a copy of the foregoing pleading to: Timothy S. Ferrand, 19176 Hall Road, Suite 220, Clinton Township, Mich., 48038

BY: _X_ Regular First-Class Mail with Proper Postage

I declare that the statements above are true to the best of my information, knowledge, and belief.

Dated: November 18, 2022

Benjamin A. Switek, PRO SE,
(without Prejudice U.C.C. 1-308/1-207)

"ALL RIGHTS RESERVED WITHOUT PREJUDICE"

(PG: 8 OF 12)

EXHIBIT A - (PG: 10)

EXHIBIT B - (PG: 11)

EXHIBIT C - (PG: 12)

PROOF OF DEFENDANTS GETTING THERE ANSWERS OF FIRST INTERROGATORIES AND REQUESTS SENT IN THE MAIL TO THERE ATTORNEY AND THE COURTS

**EXHIBIT A**

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock: **B-401**  Institution: **URF. – CHIPPEWA CORRECTIONAL**

Prisoner Number: **#767054**  Prisoner Name (Type or Print Clearly): **Benjamin Allen Switek**

☑ Legal Postage   ☐ Filing Fee  $ _____   ☑ Certified Mail (Must Be a Court Ordered Requirement)

☐ New Case   ☑ Case Number: **21-12184 – (got in the mail today 8/30/2022)**

Pay To: **MAIL ROOM**   **(34 PAGES SENT OUT)**

Mailing Address: **600 CHURCH STREET**
**FLINT, MICH., 48502**

**NOTE: DEFFENDANT'S first interrogatories and requests for production of Documents to plaintiff.**

Prisoner Signature: *Benjamin A. Switek*   Date & Time Submitted: _____

Received by Type or Print Name & Title: *Bill Weck*   Staff Signature: *Bill*

Date & Time Received by Authorizing Staff: **8/31/22 at 0830**

Authorization Denied
☐ Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
☐ Not hand delivered to authorizing staff member
☐ Does not include court order for handling as certified mail
☐ Prisoner refused to sign & date in staff member's presence
☐ New case or case number not on form
☐ Other (explain) _____

Denied by Type or Print Name & Title: _____   Signature: _____

Placed in Mail by Type or Print Name & Title: *Week*   Signature: *Week*

Postage Amount: $ **2.40**   Date Placed in Outgoing Mail: **8/31/22**

Postage: $ _____   Total Obligation: $ _____   ☐ Court Filing Fee Denied Due to NSF

Filing Fee: $ _____   Check #: _____

Date Copy Sent to Prisoner: _____

Processed by Type or Print Name & Title: _____   Signature: _____

DISTRIBUTION: ☐ Prisoner Accounting  ☐ Prisoner  ☐ Counselor's File  ☐ Prisoner

**(PG: 10 OF 12)**

**EXHIBIT B**

| MICHIGAN DEPARTMENT OF CORRECTIONS | CSJ-318 |
|---|---|
| DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER) | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock **H-4/61**   Institution **U.R.F. – CHIPPEWA COUNTY**

Prisoner Number **#767054**   Prisoner Name (Type or Print Clearly) **Benjamin Allen Switek**

[✓] Legal Postage   [ ] Filing Fee   $ _____   [ ] Certified Mail (Must Be a Court Ordered Requirement)

[ ] New Case   [✓] Case Number **#21-12184**

Pay To **MAIL ROOM** — SENDING 8 PAGES IN STAMPED ENVELOPE

Mailing Address **TIMOTHY S. FERRARO**
**19176 HALL ROAD, SUITE 220**
**CLINTON TOWNSHIP, MICH., 48038**

*\* THE SECOND RELEASE FORMS THAT I HAVE SENT AND FILED.*

Prisoner Signature **Benjamin G. Switek**   Date & Time Submitted _____/_____

Received by Type or Print Name & Title **P.C. Vullick**   Staff Signature **P.C.V.**

Date & Time Received by Authorizing Staff **9/2/22  0836**

**Authorization Denied**
[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
[ ] Not hand delivered to authorizing staff member
[ ] Does not include court order for handling as certified mail
[ ] Prisoner refused to sign & date in staff member's presence
[ ] New case or case number not on form
[ ] Other (explain) _____

Denied by Type or Print Name & Title _____   Signature _____

Placed in Mail by Type or Print Name & Title **Unread**   Signature **Unread**

Postage Amount **$ .81**   Date Placed in Outgoing Mail **9-2-2022**

Postage $ _____   Total Obligation $ _____   [ ] Court Filing Fee Denied Due to NSF

Filing Fee $ _____   Check # _____

Date Copy Sent to Prisoner _____

Processed by Type or Print Name & Title _____   Signature _____

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner

(PG: 11 OF 12)

EXHIBIT C

| | |
|---|---|
| **MICHIGAN DEPARTMENT OF CORRECTIONS** | **CSJ-318** |
| **DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)** | REV. 11/15  4835-3318 |

Please PRINT clearly, illegible and/or incomplete forms will not be processed.

Lock **B-401**  Institution **U.R.F. – CHIPPEWA COUNTY**

Prisoner Number **#767054**  Prisoner Name (Type or Print Clearly) **Benjamin Allen Smith**

[x] Legal Postage  [ ] Filing Fee  $ ___  [ ] Certified Mail (Must Be a Court Ordered Requirement)

[ ] New Case  [x] Case Number **#21-12184**

Pay To **MAIL ROOM**   (SENT 24 pages in stamped envelope in mail)

Mailing Address **TIMOTHY S. FERRAND**
**19176 HALL ROAD, SUITE 220**
**CLINTON TOWNSHIP, MICH. 48038**

*NOTE: SECOND INTERROGATORY RESPONSE SENT OUT

Prisoner Signature **Benjamin C. Smith**  Date & Time Submitted ___

Received by / Type or Print Name & Title **P.C. Vallick**  Staff Signature **P.C. Vall**

Date & Time Received by Authorizing Staff **10/11/22  9:53**

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118
[ ] Not hand delivered to authorizing staff member
[ ] Does not include court order for handling as certified mail
[ ] Prisoner refused to sign & date in staff member's presence
[ ] New case or case number not on form
[ ] Other (explain) ___

Denied by / Type or Print Name & Title ___  Signature ___

Placed in Mail by / Type or Print Name & Title ___  Signature ___

Postage Amount $ **.11**  Date Placed in Outgoing Mail ___

Postage $ ___  Total Obligation $ ___  [ ] Court Filing Fee Denied Due to NSF

Filing Fee $ ___  Check # ___

Date Copy Sent to Prisoner ___

Processed by / Type or Print Name & Title ___  Signature ___

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner

(PG: 12 OF 12)



TRAVERSE CITY MI

Postmark not legible

RECEIVED
NOV 28 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

(OFFICIAL BUSINESS)

Name Benjamin Switch
Number #767057
Address 4269 W. M-80
Address Kinchelge, Mich., 49784

Deputy Clerk
600 Church St.
Flint, Mich., 48502

48502-120099

(LEGAL MAIL)

**Motion w/exhibits mailed in two envelopes.**

TRAVERSE CITY MI 495

Postmark not legible

RECEIVED
NOV 28 2022
U.S. DISTRICT COURT
FLINT, MICHIGAN

(OFFICIAL BUSINESS)

Name: Benjamin A. Smith
Number: #767054
Address: 4269 W. M-80
Address: KINCHELOE, MICH, 49784

DEPUTY CLERK
600 CHURCH ST.
FLINT, MICH, 48502

48502-120099

(LEGAL MAIL)