UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN ALLEN SWITEK,

    Plaintiff,

v.

                                   Case No. 21-cv-12184
                                   Hon. Matthew F. Leitman

MIDLAND COUNTY JAIL, *et al.*,

    Defendants.

_____/

**<u>ORDER OVERRULING PLAINTIFF'S OBJECTION (ECF No. 55) TO ORDER REGARDING PLAINTIFF'S EVIDENCE (ECF No. 50)</u>**

At various points in this litigation, Plaintiff Benjamin Switek, proceeding pro se, has improperly filed papers on the docket. The papers appear to constitute evidence he wishes to present in support of his claims. But the governing rules do not allow a party to file evidence that is unconnected to any motion, pleading, or other request for relief that is properly before the Court. For that reason, the assigned Magistrate Judge entered an order striking Switek's improper filing. (*See* Order, ECF No. 50.) Switek has now filed an Objection to that order. (*See* Objection, ECF No. 55.) The Objection is **OVERRULED** because it does not demonstrate any error in the order.

1

At the appropriate time and in the appropriate manner (i.e., in compliance with the Federal Rules of Civil Procedure and this Court's Local Rules), Switek may present the evidence that supposedly supports his claims.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 21, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 21, 2023, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126