UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN SWITEK,

    Plaintiff,

v.

                              Case No. 21-cv-12184
                              Hon. Matthew F. Leitman

MIDLAND COUNTY, *et al.*

    Defendant.

_____/

## **JUDGMENT**

In accordance with the Court's Order (1) Overruling Plaintiff's Objections to Report and Recommendation (ECF No. 88); (2) Adopting Recommended Disposition of Report and Recommendation (ECF No. 84); and (3) Granting Defendants' Motion for Summary Judgment (ECF No. 77), dated April 18, 2023,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants and against Plaintiff.

                                          KINIKIA ESSIX
                                          CLERK OF COURT

                            By:    s/Holly Ryan
                                    Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN                    Dated:  April 18, 2023
United States District Judge                Detroit, Michigan